FILED
2016 May-03 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DAVID NORRIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FINANCIAL BUSINESS & )<br>CONSUMER SOLUTIONS, )<br>INC., )<br>)<br>Defendant. ) | 6:15-cv-02314-LSC |

### Order

Counsel for Plaintiff has represented to the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON MAY 3, 2016.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182184